# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Larry E. Wilson-Bey,

    Plaintiff(s),

vs.

John Ashcroft, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-2-MU

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2005 Order.

**Signed: November 4, 2005**

_____
Frank G. Johns, Clerk
United States District Court